UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 14-05912 DDP (JEMx)**                                         Dated: January 22, 2015

Title:   MOSSIMO HOLDINGS LLC -v- HARRY HARALAMBUS, an individual; ONWARD PACIFIC LIMITED, a Hong Kong corporation; BEYOND BLUE, INC., a California corporation; THE LAMBUS CORPORATION; a California corporation

========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

      <u>John A. Chambers</u>                                              <u>None Present</u>
      Courtroom Deputy                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                             None

PROCEEDINGS:           MINUTE ORDER (IN CHAMBERS)

    **COUNSEL ARE NOTIFIED**, on the Court's own motion, the MOTION TO DISMISS DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY DEFENDANT THE LAMBUS CORPORATION (DOCKET NUMBER 38) and the MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED BY DEFENDANT HARRY HARALAMBUS (DOCKET NUMBER 40) are hereby continued from January 26, 2015 to February 2, 2015 at 10:00 a.m.