## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.        CV 14-05912 DDP (JEMx)                    Date    February 2, 2015

Title    MOSSIMO HOLDINGS LLC -V- HARRY HARALAMBUS, an individual; ONWARD
         PACIFIC LIMITED, a Hong Kong corporation; BEYOND BLUE, INC., a California
         corporation; THE LAMBUS CORPORATION; a California corporation

Present: The        DEAN D. PREGERSON, U.S. DISTRICT JUDGE
Honorable

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Christopher J. Petersen                        Harry Haralambus, In Pro Per
                                               Stephen L. Burton

Proceedings:

### MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FILED BY DEFENDANT THE LAMBUS CORPORATION (DOCKET NUMBER 38)
### MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED BY DEFENDANT HARRY HARALAMBUS (DOCKET NUMBER 40)

Court hears oral argument and takes the matters under submission.

|  | 0 0 | : | 06 |
|---|---|---|---|
|  | Initials of Preparer |  | JAC |