MARK D. BRUTZKUS - Bar No. 128102
SUSAN S. BAKER - Bar No. 186349
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:(818) 827-9099
mbrutzkus@ebg-law.com

Attorneys for Third Party Defendant, VICTOR SIASET

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MOSSIMO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARRY HARALAMBUS, an individual; ONWARD PACIFIC LIMITED, a Hong Kong corporation; THE LAMBUS CORPORATION; and DOES 1 through 10,<br><br>Defendants.<br><br>――――――――――――――――<br><br>THE LAMBUS CORPORATION, a California corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ICONIX BRAND GROUP, INC., a Delaware corporation; VICTOR SIASET, an individual; and ROES 1 through 20 (inclusive),<br><br>Third-Party Defendants. | Case No. 2:14-cv-05912<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT FOR A PERIOD NOT TO EXCEED THIRTY (30) DAYS**<br><br>[Assigned to the Hon. Dean D. Pregerson]<br><br>Action filed: July 29, 2014 |

1

1319369.DOCX

1        IT IS HEREBY STIPULATED AND AGREED by and between Third-Party

2    Plaintiff THE LAMBUS CORPORATION ("TLC") and Third-Party Defendant

3    VICTOR SIASET ("Siaset"), through their undersigned counsel, that Siaset shall have

4    an additional twenty-eight (28) days, up to and including June 26, 2015, in which to

5    respond to TLC's third-party complaint in this action pursuant to Local Rule 8-3.

6        IT IS SO STIPULATED.

7

8    Dated: May 28, 2015                                EZRA BRUTZKUS GUBNER LLP

9

10                                                      By: _____

11                                                      MARK D. BRUTZKUS

12                                                      Attorneys for Third Party Defendant,
                                                        VICTOR SIASET

13

14   Dated: May 28, 2015                               LAW OFFICES OF STEPHEN L.

15                                                      BURTON

16

17                                                      By: _____

18                                                      STEPHEN L. BURTON

19                                                      Attorneys for Third Party Plaintiff, THE
                                                        LAMBUS CORPORATION

20

21

22

23

24

25

26

27

28

1319369.DOCX

CASE NO. CV 14-05912 DDP (JEMX)