STEPHEN L. BURTON (State Bar No. 113748)
Law Office of Stephen L. Burton
16133 Ventura Boulevard, 7th Floor
Encino, California 91436
Telephone: (818) 501-5055
Facsimile: (818) 501-5849
Attorney for Third-Party Plaintiff, The Lambus Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| MOSSIMO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HARRY HARALAMBUS, an individual; ONWARD PACIFIC LIMITED, a Hong Kong corporation; THE LAMBUS CORPORATION, a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. **CV 14-05912 DDP (JEMx)**<br><br>*[Assigned to the Hon. Dean D. Pregerson]*<br><br>**STIPULATION RE DISMISSAL OF SINGLE PARTY FROM THIRD-PARTY COMPLAINT** |
| THE LAMBUS CORPORATION, a California corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>ICONIX BRAND GROUP, INC., a Delaware corporation; VICTOR SIASAT, an individual; and ROES 1 through 20 (inclusive),<br><br>Third-Party Defendants. | **Third-Party Complaint Filed**: March 16, 2015 |

STIPULATION RE DISMISSAL OF PARTY

It is hereby stipulated by and among the parties hereto that, Third Party Plaintiff The Lambus Corporation hereby voluntarily dismisses, with prejudice, Third Party Defendant Iconix Brand Group, Inc. and all claims alleged in the Third Party Complaint against Iconix Brand Group, Inc.

**SO STIPULATED.**

LAW OFFICE OF STEPHEN L. BURTON

DATED: December 16, 2015

/s/ Stephen L. Burton
Stephen L. Burton
Attorney for Defendant, The Lambus Corporation

BLANK ROME LLP

DATED: December 16, 2015

Gregory M. Bordo
Christopher J. Petersen
Attorneys for Plaintiff, Mossimo Holdings, LLC

1

STIPULATION RE DISMISSAL OF PARTY

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On December 18, 2015, I served the foregoing documents described as: **STIPULATION RE DISMISSAL OF SINGLE PARTY FROM THIRD-PARTY COMPLAINT** on the parties in this action by serving:

**SEE ATTACHED SERVICE LIST**

☒ **By Envelope** - by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as below and delivering such envelopes:

☒ **By Mail**: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Federal Express**: I caused the envelope(s) to be delivered to the Federal Express office at 2029 Century Park East, Sixth Floor, Los Angeles, California 90067, on December 18, 2015, for delivery on the next-business-day basis to the offices of the addressee(s).

☐ **By E-Mail Electronic Transmission**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on December 18, 2015, at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Michelle Grams*
Michelle Grams

---
1
PROOF OF SERVICE

## SERVICE LIST
***Mossimo Holdings, LLC v. Harry Haralambus, et al.***
United States District Court, Central District of California
Case No.: 2:14-cv-05912

Harry Haralambus                               *In Pro Per*
815 Moraga Drive
Second Floor
Los Angeles, CA 90049
Phone: 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
Fax:  310-274-2534

PROOF OF SERVICE