BLANK ROME LLP
Gregory M. Bordo (SBN 156147)
GBordo@BlankRome.com
Christopher J. Petersen (SBN 251439)
CJPetersen@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:  424.239.3434

Attorneys for Plaintiff
MOSSIMO HOLDINGS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MOSSIMO HOLDINGS LLC, a Delaware limited liability company, | Case No. 14-cv-05912-DDP (JEMx) |
| | **STIPULATION RE DISMISSAL OF FIRST AMENDED COMPLAINT PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Plaintiff, | |
| vs. | |
| HARRY HARALAMBUS, an individual, ONWARD PACIFIC, LIMITED, a Hong Kong Corporation, THE LAMBUS CORPORATION, a California Corporation, and DOES 1 through 10. | |
| Defendants. | |
| THE LAMBUS CORPORATION, a California corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| ICONIX BRAND GROUP, INC., a Delaware corporate, VICTOR SIASAT, an individual; and ROES 1 through 20 (inclusive) | |
| Third-Party Defendants | |

521949.00643/101809737v.1

STIPULATION RE DISMISSAL OF FIRST AMENDED COMPLAINT

DOCPROPERTY

1   It is hereby stipulated by and among the parties hereto that, pursuant to Rule
2   41(a)(1)(A)(ii), Plaintiff Mossimo Holdings, LLC hereby voluntarily dismisses, with
3   prejudice, the First Amended Complaint and all claims alleged therein against all
4   Defendants.

5   **SO STIPULATED.**

6

7

8   DATED:  December 16, 2015          Respectfully submitted,
9                                      BLANK ROME LLP

10                                     By:    /s/ Christopher J. Petersen
11                                            Gregory M. Bordo
                                              Christopher J. Petersen

12                                     Attorneys for Plaintiff
13                                     MOSSIMO HOLDINGS, LLC

14

15  DATED: December 16, 2015           LAW OFFICES OF STEPHEN L. BURTON

16                                     By:
17                                            Stephen L. Burton

18                                     Attorneys for Defendant
                                       THE LAMBUS CORPORATION
19

20  DATED:  December 16, 2015

21                                     By:
22                                            Harry Haralambus

23                                     Defendant In Pro Per

24

25

26

27

28

521949.00643/101809737v.1                        1
**STIPULATION RE DISMISSAL OF FIRST AMENDED COMPLAINT**
521949.00643/101809737V.1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 6ᵗʰ Floor, Los Angeles, California 90067.

      On December 18, 2015, I served the foregoing documents described as: **STIPULATION RE DISMISSAL OF FIRST AMENDED COMPLAINT PURSUANT TO FRCP 41(A)(1)(A)(II)** on the parties in this action by serving:

**SEE ATTACHED SERVICE LIST**

☒    **By Envelope** - by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as below and delivering such envelopes:

☒    **By Mail**: As follows:  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **By Federal Express**: I caused the envelope(s) to be delivered to the Federal Express office at 2029 Century Park East, Sixth Floor, Los Angeles, California 90067, on December 18, 2015, for delivery on the next-business-day basis to the offices of the addressee(s).

☐    **By E-Mail Electronic Transmission**:  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      Executed on December 18, 2015, at Los Angeles, California.

☒    **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Michelle Grams

1
PROOF OF SERVICE

<u>SERVICE LIST</u>
***Mossimo Holdings, LLC v. Harry Haralambus, et al.***
United States District Court, Central District of California
Case No.:  2:14-cv-05912

Harry Haralambus                                   *In Pro Per*
815 Moraga Drive
Second Floor
Los Angeles, CA 90049
Phone: 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
Fax:  310-274-2534

2