NO JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MOSSIMO HOLDINGS LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>HARRY HARALAMBUS, an individual, ONWARD PACIFIC, LIMITED, a Hong Kong Corporation, THE LAMBUS CORPORATION, a California Corporation, and DOES 1 through 10.<br><br>    Defendants. | **Case No. 14-cv-05912-DDP (JEMx)**<br><br>**ORDER RE DISMISSAL OF FIRST AMENDED COMPLAINT PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| THE LAMBUS CORPORATION, a California corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>ICONIX BRAND GROUP, INC., a Delaware corporate, VICTOR SIASAT, an individual; and ROES 1 through 20 (inclusive)<br><br>    Third-Party Defendants | |

521949.00643/101826057v.1

**[PROPOSED] ORDER**

521949.00643/101826057V.1

# ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation Re Dismissal of First Amended Complaint filed in the above-referenced action that the First Amended Complaint and all claims alleged therein against Defendants is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure. This order does not apply to the Third-Party Complaint filed in this action on March 16, 2015.

**IT SO ORDERED.**

DATED: January 28, 2016

Hon. Dean D. Pregerson
United States District Judge