# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MOSSIMO HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARRY HARALAMBUS, an individual; ONWARD PACIFIC LIMITED, a Hong Kong corporation; THE LAMBUS CORPORATION; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:14-cv-05912-DDP-JE<br><br>**ORDER EXTENDING DISCOVERY AND MOTION CUTOFF DATES** |
| THE LAMBUS CORPORATION, a California corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>ICONIX BRAND GROUP, INC., a Delaware corporation; VICTOR SIASAT, an individual; and ROES 1 through 20 (inclusive),<br><br>　　　　Third-Party Defendants. | |

The Court, having reviewed the Joint Stipulation to Extend Discovery and Motion Cutoff Dates between Third-Party Plaintiff THE LAMBUS CORPORATION and Third-Party Defendant VICTOR SIASAT, through their respective attorneys of record, *modifies* the proposed order and *applies* these dates to Third Party Defendant ICONIX BRAND GROUP, INC. as well as the filing parties, the dates being extended as follows:

1. The fact discovery cutoff shall be extended to May 2, 2016;
2. The expert discovery cutoff shall be extended to June 6, 2016;
3. The motion cutoff shall be extended to June 20, 2016; and
4. All other dates set forth in the Court's October 28, 2015 order shall remain in effect.

IT IS SO ORDERED.

Dated: March 22, 2016

HON. DEAN D. PREGERSON
U.S. District Judge,
Central District of California