**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Lambus Corporation (Third Party Plaintiff)<br>Plaintiff(s)<br>v.<br>Iconix Brand Group, Inc. et al. (Third Party Def.)<br>Defendant(s). | CASE NUMBER:<br>CV 14-05912 DDP (JEMx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>The Lambus Corporation</u>         ☐ Plaintiff   ☐ Defendant   ☐ Other <u>Third Party Plaintiff</u>
*Name of Party*

to substitute   <u>David M. Brandon (Manahan Flashman & Brandon)</u>   who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

<u>1633 N Laurel Avenue, Suite 2</u>
*Street Address*

<u>Los Angeles, CA 90046</u>                                          <u>dbrandon@mfb-law.com</u>
*City, State, Zip*                                                                    *E-Mail Address*

<u>(310) 553-3100</u>            <u>(310) 553-3101</u>            <u>208761</u>
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of   <u>Stephen L. Burton</u>
                                   *List **all** attorneys from same firm or agency who are withdrawing*

**is hereby      X GRANTED**

Dated   April 20, 2016

                                                    *U. S. District Judge*

G-01 ORDER (12/14)        **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**