# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-05912-DDP (JEMx) | Date | July 29, 2016 |
|---|---|---|---|
| Title | Mossimo Holdings, LLC v. Harry Haralambus, et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE THIRD PARTY DEFENDANT VICTOR SIASAT'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM THIRD PARTY PLAINTIFF THE LAMBUS CORPORATION; REQUEST FOR MONETARY SANCTIONS (Docket No. 108)**

The Court ORDERS Third Party Plaintiff THE LAMBUS CORPORATION to show cause **Friday, August 5, 2016** why Third Party Defendant Siasat's Motion to Compel Supplemental Discovery Responses, Production of Documents and Sanctions should not be granted.

cc: All Parties

|  | : |
|---|---|
| Initials of Preparer | sa |